Patric A. Lester (SBN 220092)
pl@lesterlaw.com
Lester & Associates
5694 Mission Center Road, #358
San Diego, CA 92108
Phone (619) 665-3888
Fax (314) 241-5777

Attorneys for Plaintiff Virginia Teslik

Robert M. Bodzin
rbodzin@burnhambrown.com
BURNHAM BROWN
1901 Harrison Street
14th Floor
Oakland, CA 94612
Phone (510) 444-6800
Fax (510) 835-6666

Attorneys for Defendant ABC Financial Services, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA TESLIK, <br><br> Plaintiff, <br><br> vs. <br><br> ABC FINANCIAL SERVICES, INC., <br><br> Defendant. | Case No. 2:17-cv-00888 R (ASx) <br><br> **JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** <br><br> MANUEL L. REAL |

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Virginia Teslik, (hereinafter "Plaintiff") and Defendant ABC Financial Services, Inc. (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby jointly stipulate to the dismissal of Plaintiff's claims against Defendant, with prejudice, with each side to bear its own fees and costs.

Dated September 19, 2017           /s/ Patric A. Lester
                                    Patric A. Lester
                                    Attorney for Plaintiff,
                                    Virginia Teslik

| | |
|---|---|
| Dated September 19, 2017 | /s/ Robert M. Bodzin<br>Robert M. Bodzin<br>Attorney for Defendant,<br>ABC Financial Services, Inc. |

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Robert M. Bodzin, counsel for Defendant, and that I have obtained Robert M. Bodzin's authorization to affix his/her electronic signature to this document.

| | |
|---|---|
| Dated September 19, 2017 | */s/ Patric A. Lester*<br>Patric A. Lester<br>Attorney for Plaintiff, |

Re: *Virginia Teslik v. Abc*,
Case No.2:17-cv-00888 R (ASx)
United States District Court, Southern District of California

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the **JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** on the interested parties in said case as follows:

Robert M. Bodzin
Eugene S. Lee
BURNHAM BROWN
1901 Harrison Street
14th Floor
Oakland, CA  94612
Attorneys for: ABC FINANCIAL SERVICES, INC

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 19, 2017

/s/ Patric A. Lester
Patric A. Lester
Attorney for Plaintiff,
Virginia Teslik