# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA TESLIK,<br><br>          Plaintiff,<br><br>vs.<br><br>ABC FINANCIAL SERVICES, INC.,<br><br>          Defendant. | Case No. 2:17-cv-00888 R (ASx)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Based upon the Joint Motion for Dismissal, and for good cause appearing, the Court GRANTS the Joint Motion for Dismissal. This action is, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED:_____

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE