JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA TESLIK, | Case No. 2:17-cv-00888 R (ASx) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| ABC FINANCIAL SERVICES, INC., | |
| Defendant. | |

Based upon the Joint Motion for Dismissal, and for good cause appearing, the Court GRANTS the Joint Motion for Dismissal. This action is, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: September 21, 2017

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE